IRENE PEMKIEWICZ, Respondent, v. DOMINIC THOMASULO, Appellant.— Order dismissing appeal vacated; appeal dismissed unless printed records and briefs filed and served on or before October 15, 1955.

THOMAS EPOLITO, Respondent, v. PATRICK WALSH et al., Appellants.— Motion to extend time denied; appeal dismissed, with costs, together with $10 motion costs.

## (September 21, 1955.)

ANNIE J. HOUGHTON, as Administratrix of the Estate of RUTH HOUGHTON, Deceased, Appellant, v. D. EDGAR ORMSBY, Respondent. ANNIE J. HOUGHTON, as Administratrix of the Estate of JOHN HOUGHTON, Deceased, Appellant, v. D. EDGAR ORMSBY, Respondent.— All concur. (Appeal from an order of Erie Special Term granting defendant's motion in each action to vacate default judgments in favor of plaintiff.) Present — Vaughan, J. P., Kimball, Wheeler and Van Duser, JJ.

CHARLES F. SCHWARTZ, Respondent, v. BERGMAN-NORGE Co., INC., Appellant. All concur. (Appeal from an order of Erie Special Term denying defendant's motion to preclude plaintiff from giving any evidence on the trial with respect to matters in defendant's demand for a bill of particulars.) Present — Vaughan, J. P., Kimball, Wheeler and Van Duser, JJ.

CLYDE T. SPICER, Appellant, v. STATE OF NEW YORK, Respondent.— Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ. [See 285 App. Div. 1222.]

CLYDE H. SPICER, an Infant, by CLYDE T. SPICER, His Guardian ad Litem, Appellant, v. STATE OF NEW YORK, Respondent.— Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ. [See 285 App. Div. 1222.]

HELEN H. SHANAHAN, Appellant, v. PAUL R. SHANAHAN, Respondent.— Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ. [See ante, p. 949.]